IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| DONNELL A. GARRETT | § |
| VS. | §   CIVIL ACTION NO. 1:06cv27 |
| DOUG DRETKE | § |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE's REPORT AND RECOMMENDATION

Petitioner Donnell A. Garrett, an inmate at the Stiles Unit, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this petition be dismissed for failing to exhaust state habeas remedies.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

## O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate

---

[1] Petitioner filed an "Answer" to the Report which was docketed as objections. However, petitioner concedes he failed to exhaust state habeas remedies and will file a state application for writ of habeas corpus.

judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

So **ORDERED** and **SIGNED** this **26** day of **July, 2006.**

_____
Ron Clark, United States District Judge